# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

UNITED STATES OF AMERICA
Plaintiff (s),

V.

JOSE DIARTE-PEREZ

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 26-CR-00165-KES

Notice is hereby given that, subject to approval by the court, JOSE DIARTE-PEREZ (Party (s) Name) substitutes MATTHEW J. LOMBARD (Name of New Attorney), State Bar No. 239910 as counsel of record in place place of LAURA MYERS, Federal Public Defender (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Law Office of Matthew J. Lombard

Address: 11400 W Olympic Blvd. Suite 1500, Los Angeles, CA 90064

Telephone: 310-399-3259 Facsimile 310-392-9029

E-Mail (Optional): mlombard@lombardlaw.net

I consent to the above substitution.
Date: 9/30/26

Jose Diarte-Perez
Jose Diarte P.
(Signature of Party (s))

I consent to being substituted.
Date: 9/30/2026

Laura Meyers
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/30/26

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/30/26

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**